IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>     v.<br><br>DENNIS JAVIER HERNANDEZ-VELASQUEZ,<br><br>                  Defendant. | CASE NO. 1:24-MJ-00138-SAB<br><br>ORDER UNSEALING PETITION |

The government having moved to unseal the supervised release violation petition in the above captioned case, and the defendant now being in federal custody,

IT IS ORDERED that the petition is hereby unsealed.

IT IS SO ORDERED.

Dated: __December 13, 2024__

                                                STANLEY A. BOONE
                                               United States Magistrate Judge